Case 4:03-cr-00028-JMM   Document 55   Filed 01/23/09   Page 1 of 2

AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 23 2009

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __ARKANSAS__

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| RONRICO A. CRUTCHFIELD | Case Number:   4:03cr00028-01 JMM |
| | USM Number:   22916-009 |
| | Chris Tarver |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  __General, Std 2, 3, 5, 6 and Special__  of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Failure to not commit another federal, state or local crime | 7/7/2008 |
| General | Failure to refrain from the use of illegal controlled substance | 9/19/2008 |
| Standard 2 | Failure to submit monthly supervision reports | 7/2008 |
| Standard 3 | Failure to answer truthfully to inquiries by the Probation Officer | 7/25/2008 |
| Standard 5 | Failure to work regularly at a lawful occupation | 11/13/2008 |
| Standard 6 | Failure to notify the Probation Officer of change in residence | 1/8/2009 |
| Special 14 | Failure to report for drug screening as directed by the Probation Officer | 11/17/2008 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| Defendant's Soc. Sec. No.: | \*\*\*-\*\*-5277 | January 23, 2009 |
|---|---|---|
| | | Date of Imposition of Judgment |
| Defendant's Date of Birth: | \*\*/\*\*/1976 | |
| | | _(signature)_ |
| | | Signature of Judge |
| Defendant's Residence Address: | | |
| Redacted Pursuant to FRCrP 49.1 | | James M. Moody |
| | | UNITED STATES DISTRICT JUDGE |
| | | Name and Title of Judge |
| | | |
| | | Jan 23, 2009 |
| | | Date |
| Defendant's Mailing Address: | | |
| Redacted Pursuant to FRCrP 49.1 | | |


AO 245D      (Rev. 12/03 Judgment in a Criminal Case for Revocations
             Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT:       RONRICO A. CRUTCHFIELD
CASE NUMBER:     4:03cr00028-01 JMM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:    **Six (6) months to run concurrent to sentence imposed in 4:07cr00119-01 JMM.**

X   The court makes the following recommendations to the Bureau of Prisons:
    Defendant shall participate in nonresidential substance abuse treatment and anger management.

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:
    ☐   at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐   as notified by the United States Marshal.

X   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    X   before 2 p.m. on   March 23, 2009   .
    X   as notified by the United States Marshal.
    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____
a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL